Harry Johnson, Appellant, v. Pennsylvania Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissented.)

Esther Behrens, Appellant, v. Charles Roth, as Executor, etc., of Simon Behrens, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Patrick McSorley, Appellant, v. John C. McGuire and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Clotilde R. Keller and Charles Meyer, as Executors and Trustees under the Last Will and Testament of Adolph Keller, Deceased, Respondents, v. Hugo P. Keller, Individually and as Surviving Member of the Firm of L. H. Keller & Co., Composed of Himself and Adolph Keller, Deceased, and also as Executor and Trustee under the Last Will and Testament of Adolph Keller, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Adela Berry Sloane and Others, as Executors, etc., of John Sloane, Deceased, Respondents, v. Henry Hall, Appellant, Impleaded with Mary Hall, His Wife, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Arabella Little, Respondent, v. Rufus L. MacDuffie, Appellant, Impleaded with Isabella S. Marbury, as Administratrix, etc., of Andros B. Stone, Deceased. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward Roche, Respondent, v. John R. Bartlett and Others, Impleaded with Charles Lehman-Charley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clarence C. Williams, Respondent, v. The United States Banking Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert L. Dean, Respondent, v. The United States Banking Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

New York Taxicab Company, Appellant, v. Union Taxicab Auto Service Company and New York Livery and Auto Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Egbert F. Von Yeast, Respondent, v. National Alumni, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Gioacchino Molla, Appellant, v. Attilio Micheletti, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frank K. Hays and William H. Hays, Respondents, v. Maiden Lane Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Edward Dillon. The People of the State of New York v. Carlos Morales.— Motions granted.

Benjamin Steinman v. Solomon K. Ford.— Motion denied, with ten dollars costs. Memorandum per curiam.

The People of the State of New York v. Salvatore Acardo. Henry Loerburger v. Hennessy Realty Company. In the Matter of Sarah A. Bartnett.— Motions granted, unless appellants comply with terms stated in orders.